Decided September 9, 1999

## STATE OF CONNECTICUT *v.* CARLOS DELEON

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 278 (AC 18214), is denied.

*Robert S. Reger,* special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided September 9, 1999

## E & A DEVELOPMENT, INC. *v.* PARAGON BUILDERS OF CONNECTICUT, INC.

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 355 (AC 18226), is granted, limited to the following issues: